UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-23539-CIV-MORENO

JACQUELINE Y. DEAN JACKSON PINER, o/b/o J.J.P.,
a minor,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment (**D.E. No. 20**) and Defendant's Motion for Summary Judgment (**D.E. No. 25**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 31**) on **April 20, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed and the time for doing so has now passed. It is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 31**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. The decision of the Commissioner is AFFIRMED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record